UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re

Beasley Singleton

    Debtor

Case No. 16−30476
Chapter 7

# NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
**(Official Form 423)**

According to the records of the Bankruptcy Clerk, the following items have NOT been filed within 45 days after the first date set for the §341 Meeting of Creditors:

**Certificate of Completion of Financial Management Course by the Debtor**
Beasley Singleton

Subject to limited circumstances, a debtor must complete an instructional course in personal financial management from an approved provider and file a certification of completion of a course concerning personal financial management (Official Form 423). Pursuant to Bankruptcy Rule 5009(b), this case may be closed without discharge unless the Official Form 423 is filed within the applicable time limit under Rule 1007(c).[1]

− A list of approved personal financial management providers can be found at
    http://www.almba.uscourts.gov/images/Approved%20CCDEAgencies.pdf
− A copy of Official Form 423 (Certification of Completion) can be found at
    http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx

Dated: May 17, 2016

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court

[1] A Motion to Reopen Case will be required for the debtor to motion the court for a discharge after the case has been closed.

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                        Case No. 16-30476-WRS
Beasley Singleton                                             Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: admin              Page 1 of 1              Date Rcvd: May 17, 2016
                              Form ID: nfmcdb          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2016.
db             +Beasley Singleton,    100 McQueen Smith Road S. Apt D-7,    Prattville, AL 36066-5567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Beasley  Singleton rshinbaum@smclegal.com,
               smclegalecf@gmail.com
              Susan S. DePaola    brtrustee@charter.net,  sshirockdepaola@ecf.epiqsystems.com
                                                                                             TOTAL: 3